CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 23 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THEODORE WASHINGTON,<br>    Plaintiff, | Civil Action No. 7:13cv00276 |
| v. | **ORDER** |
| HEALTH CARE PROVIDERS FOR<br>VA. DEPT. OF CORRECTIONS, <u>et al.</u>,<br>    Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Washington's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

ENTER: This 23rd day of July, 2013.

_____
United States District Judge