CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 23 2013

JULIA C. DOOLEY CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| THEODORE WASHINGTON, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13cv00276 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HEALTH CARE PROVIDERS FOR | ) | |
| VA. DEPT. OF CORRECTIONS, et al., | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Washington's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

ENTER: This 23rd day of July, 2013.

_____
United States District Judge